UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,　　　　　　　ORDER

　　-against-　　　　　　　　　　　　　05 CR 087 (ARR)

JENNIFER McINTOSH,

　　　　　　Defendant.

- - - - - - - - - - - - - - - -X

　　　It is hereby ORDERED that the United States be provided with a transcript of the defendant JENNIFER McINTOSH's plea, which was taken on June 8, 2005. The defendant's plea shall remain under seal, however, the United States may disseminate the transcript as necessary to satisfy its obligations pursuant to 18 U.S.C. § 3500.

Dated:　　Brooklyn, New York
　　　　　July __ , 2005

　　　　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　THE HONORABLE ALLYNE R. ROSS
　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　Eastern District of New York