UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-vs-

Jennifer McIntosh

ORDER OF REFERRAL

CR-05-87 (ARR)

---

The defendant, **Jennifer McIntosh**, having asked for permission to enter a plea of guilty, and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge **MANN** to administer the allocution pursuant to F.R.Crim.P. Rule 11, and make a finding as to whether the plea is knowingly and voluntarily made and to make a recommendation as to whether the plea of guilty should be accepted.

I would appreciate it if the Magistrate Judge would use the allocution that I use in taking a guilty plea.

SO ORDERED:

AUSA: _[signature]_

UNITED STATES DISTRICT JUDGE

DEFT: _[signature: Jennifer McIntosh]_

DEFENSE COUNSEL: _[signature]_

Dated: Brooklyn, New York
Jun.08, 2005