UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,                ORDER

    -against-                            05 CR 087 (ARR)

JENNIFER McINTOSH,

        Defendant.

- - - - - - - - - - - - - - - -X

      It is hereby ORDERED that the United States be provided with a transcript of the defendant JENNIFER McINTOSH's plea, which was taken on June 8, 2005. The defendant's plea shall remain under seal, however, the United States may disseminate the transcript as necessary to satisfy its obligations pursuant to 18 U.S.C. § 3500.

Dated:    Brooklyn, New York
          June 23, 2005

                                      SO ORDERED:

                                      _____
                                      THE HONORABLE ALLYNE R. ROSS
                                      United States District Judge
                                      Eastern District of New York

 **U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KTC:LJF/MJF
F.#200500195

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* *156 Pierrepont Street*
*Brooklyn, New York 11201*

June 23, 2005

**SUBMITTED UNDER SEAL**

<u>By Hand Delivery</u>

The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Jennifer McIntosh
           <u>Criminal Docket No. 05-87 (ARR)</u>

Dear Judge Ross:

      On June 8, 2005, the defendant Jennifer McIntosh pled guilty, pursuant to a cooperation agreement, to a two-count information filed the same day. For McIntosh's safety, the plea was ordered sealed.

      The government anticipates calling McIntosh as a witness in <u>United States v. Dupree Harris, et al.</u>, Crim. No. 04-203 (ARR), trial for which is scheduled to commence on July 25, 2005. Accordingly, we respectfully request that the Court issue an order permitting the United States to obtain a copy of McIntosh's plea transcript and to disseminate the transcript as

necessary to satisfy the government's obligations under 18 U.S.C. § 3500. For the Court's convenience, a draft order is enclosed.

Due to the nature of this letter, we respectfully request that it be filed under seal.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: /s/ Lee Freedman
Morris J. Fodeman
Lee Freedman
Assistant U.S. Attorney
(718) 254-6614/6289

Enclosure

cc. F. Stanton Ackerman
Ackerman, Wachs and Finton, P.C.
90 State Street
Suite 911
Albany, New York 12207